**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 7 - 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SHAWN PLAIR,

                                      Plaintiff,

                          -against-

THE CITY OF NEW YORK, MANUEL SEPULVEDA,
HENRY CHRNYVASKY, JAMES CAPPER, MISHIEL
SANTOS, ALFRED LOBAITO, MICHAEL PARISI and
SCOTT ZELINSKI,

                                     Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-4026 (ARR) (LB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       January 5, 2016

LEVENTHAL LAW GROUP, P.C.
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201

By: _____
    Jason Leventhal
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Sepulveda, Chernyvasky, Capper, Santos,
Lobaito, Parisi, and Zelinski*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Ben Kuruvilla
    *Senior Counsel*

SO ORDERED:

    /s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 1/6, 2016

2

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 7 - 2016 ★

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ZACHARY W. CARTER
*Corporation Counsel*

BROOKLYN OFFICE

BEN KURUVILLA
*Senior Counsel*
Tel.: (212) 356-3513
Fax: (212) 356-3558
bkuruvil@law.nyc.gov

January 5, 2016

**VIA ECF**
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Plair v. City of New York, et al
              14 Cv. 4026 (ARR)(LB)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. This case has settled. Please find enclosed an executed Stipulation and Order of Dismissal, which is being submitted jointly for the Court's endorsement.

      I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Ben Kuruvilla

cc:    Jason Leventhal, Esq. (By ECF)